IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION


**RYAN BONNEAU,**                                              3:11-CV-801-ST

      **Petitioner,**                                      JUDGMENT

v.

**J.E. THOMAS,**

      **Respondent.**


**RYAN BONNEAU**
#66700-065
FCI Sheridan
P.O. Box 5000
Sheridan, OR 97378

      Petitioner, *Pro Se*

**S. AMANDA MARSHALL**
United States Attorney
**RONALD SILVER**
Assistant United States Attorney
**TROY DORRETT**
Counsel for Bureau of Prisons
1000 S.W. Third Avenue, Suite 600
Portland, OR  97204-2902
(503) 727-1003

      Attorneys for Respondent

1 - JUDGMENT

**BROWN, Judge.**

In accordance with the Court's Order (#64) issued on January 27, 2012, the Court **GRANTS** the Petitioner's Amended Petition (#10) as to the disciplinary hearing resulting in Petitioner's conviction for Conduct Which Disrupts or Interferes With the Security or Orderly Running of a BOP Facility. Accordingly, the resulting incident report should be **EXPUNGED** and all sanctions arising from that particular hearing should be **REVERSED**. The Court **DENIES** the remainder of the claims in Petitioner's Amended Petition.

Based on Respondent's Status Report (#73) and the Declaration (#74) of Robert Ballash, the Court is satisfied Respondent has now complied with the Court's Order (#64) by expunging the incident report at issue and reversing all sanctions arising from the incident. Accordingly, the Court **DISMISSES** this matter.

IT IS SO ORDERED.

DATED this 17th day of February, 2012.

/s/ Anna J. Brown

_____
ANNA J. BROWN
United States District Judge